Entered on Docket February 2, 2026

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br>CHRISTIE L MARCHESSEAULT-CALDWELL and MARK A CALDWELL,<br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>No. 25-13427-TWD<br><br>ORDER DENYING CONFIRMATION |

THIS MATTER came before the Court on the Chapter 13 Trustee's Objection to Confirmation (ECF No. 13). Based on the agreement of the parties, it is

ORDERED that:

1) Confirmation of the debtors' plan (ECF No. 6) and amended plan (ECF No. 11) is denied;

2) By February 4, 2026, the debtors shall note for hearing and properly serve their amended Chapter 13 plan (ECF No. 17). The debtors shall set the amended plan for hearing on the Court's March 4, 2026 calendar; and

///

///

///

ORDER DENYING CONFIRMATION - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

3) This order is without prejudice to the Trustee's Motion to Dismiss Case (ECF No. 12), which may be heard on the Court's March 4, 2026 calendar.

/ / /End of Order/ / /

Presented by:

*/s/ Emily A. Jarvis*, WSBA #41841 for
Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

Approved:

/s/ *Jason E. Anderson*     [approved by email]
Jason E. Anderson, WSBA #32232
Attorney for Debtors

ORDER DENYING CONFIRMATION - 2