|  | Judge: | Timothy W. Dore |
|---|---|---|
|  | Chapter: | 13 |
|  | Hearing Date: | March 04, 2026 |
|  | Hearing Time: | 9:30 am |
|  | Hearing Location: | U.S. Bankruptcy Court |
|  |  | 700 Stewart St #8106 |
|  |  | Seattle, WA 98101 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

CHRISTIE L MARCHESSEAULT-CALDWELL
AND
MARK A CALDWELL,

Debtors.

IN CHAPTER 13 PROCEEDING
NO. 25-13427-TWD

TRUSTEE'S OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the debtors' plan filed January 29, 2026 (ECF No. 17):

1) The plan provides for the Trustee to make cure and maintenance payments for the debtors' two parcels of real estate until one of the properties is sold (by August 30, 2026). However, the ongoing plan payment is not sufficient to pay the contractual mortgage payments plus the other monthly payments in the plan. The Trustee calculates that the plan payment would need to increase to $9,096 per month.

2) According to the Internal Revenue Service (ECF Claim No. 3, as amended January 9, 2026), debtor Mark Caldwell has not filed his income tax return for 2024. Mr. Caldwell needs to file the return so that plan feasibility can be accurately determined. In addition, the debtors' case should be dismissed if the return is not filed by the statutory deadline. 11 U.S.C. §§ 1307(e), 1308(b)(1). The debtors assert in their response to the motion to dismiss that Mr. Caldwell also signed the 2024 tax return that was submitted to the IRS, but the IRS has not amended its claim to reflect that the return

TRUSTEE'S OBJECTION TO CONFIRMATION - 1

Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

has been filed by him, and the debtors have not objected to the claim.

3) In sum, the debtors' plan does not satisfy the requirements of 11 U.S.C. § 1325.

4) The Trustee reserves the right to assert additional bases for this objection.

THE TRUSTEE REQUESTS:

That the Court deny confirmation of the debtors' plan and, if appropriate, set deadlines for debtors to file and note a feasible amended plan.

Dated: February 25, 2026

/s/ *Emily A. Jarvis*, WSBA #41841 for
Jason Wilson-Aguilar
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION - 2

Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124