# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In
Re:

Christie L Marchesseault–Caldwell and Mark A Caldwell

Debtor(s).

Case Number: 25–13427–TWD
Chapter: 13

---

## NOTICE OF ORDER CONFIRMING PLAN

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an Order Confirming the Plan was signed on **March 4, 2026** by U.S. Bankruptcy Court Judge **Timothy W. Dore**.

Dated: March 4, 2026

Gina Zadra Walton
Clerk, U.S. Bankruptcy Court